**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 11-129-9  (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH TOLBERT, III,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR**
**THE UPCOMING PLEA HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.     ELEMENTS OF THE OFFENSE:

A.     The essential elements of the offense of Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii) and 846 are:

1.     That an agreement existed between two or more people to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine; and

2.     That the defendant intentionally joined that agreement;

II.    COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached (Attachment A).

III.    PENALTIES:

A.    Pursuant to 21 U.S.C. §§ 841(a)(1),  (b)(1)(B)(ii), and 846 the crime of Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine carries a penalty of a mandatory term of imprisonment of not less than 5 years, and a maximum term of imprisonment of not more than 40 years, a fine not to exceed $5,000,000 and a term of supervised release of at least 4 years.

IV.    FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

A copy of the factual proffer, not yet executed by the defendant, is attached (Attachment B).

V.    GUIDELINES CALCULATION

The government estimates that the defendant falls within Criminal History Category III under the United States Sentencing Guidelines (USSG).  The defendant is responsible for between 2 kilograms grams and less than 3.5 kilograms of cocaine, which results in a base offense level of 28 See Supplement to 2010 Guidelines Manual, § 2D1.1(6).  Assuming a three-level downward departure for acceptance of responsibility pursuant USSG § 3E1.1, the defendant's adjusted offense level would be 25, which results in a sentencing range of 70-87 months of incarceration.  Pursuant

to U.S.S.G. § 3B1.2(b), the government has agreed as part of the plea agreement not to oppose the

defendant's request for a two-level reduction of his base offense level as a minor participant, which

if granted, produces an adjusted offense level of 23 and a sentencing range of 57-71 months.


Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
DC Bar #447889

By:

_____/s/_____
STEVEN B. WASSERMAN
Assistant United States Attorney
DC Bar # 453251
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W.   Room #4237
Washington, DC 20530
(202) 252-7719; Fax: (202) 353-9414


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon counsel for defendant, Allen Orenberg, this 19th day of October, 2011.


_____/s/_____
Assistant United States Attorney