# ATTACHMENT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  11-129-9  (CKK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JOSEPH TOLBERT, III,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**FACTUAL PROFFER**

The parties in this case, the United States of America and the defendant, Joseph Tolbert, III, stipulate and agree that had this case proceeded to trial, the government's evidence would establish the following facts beyond a reasonable doubt.  These facts do not constitute all of the facts known to the parties concerning the charged offenses, and are being submitted to demonstrate that a factual basis exists to establish that the defendant committed the offense to which he is pleading guilty.

1.      The defendant, Joseph Tolbert, III, acknowledges that he purchased wholesale quantities of cocaine from William Bowman, and participated in a conspiracy with Bowman to distribute multiple kilogram quantities of cocaine in the Washington, DC, metropolitan area between January 2009 up through and including April 26, 2011.  Specifically, the defendant admits that during the course of the conspiracy, he agreed with William Bowman to distribute and possess with the intent to distribute at least 2 kilograms but less than 3.5 kilograms of cocaine in the District of Columbia and elsewhere.  During the course of the conspiracy, the defendant was unaware of the identity of other individuals who participated with Bowman in the conspiracy to distribute and possess with intent distribute controlled substances, or the quantity of the controlled substances so distributed and possessed with the intent to distribute by such individuals.

2.      As a part of the conspiracy, the defendant, along with William Bowman used cellular

telephones to help facilitate the purchase and redistribution of cocaine, including to arrange meetings with Bowman in Washington, DC, and elsewhere for the purpose of purchasing wholesale quantities of cocaine from Bowman, which the defendant then redistributed to other purchasers.  It was also the purpose or goal of the defendant and his co-conspirators to obtain and sell illegal narcotics to earn cash or profits for personal use or wealth and income.

3.      The defendant Joseph Tolbert, III's, participation in the conspiracy  to possess with the intent to distribute and distribute cocaine was knowing and intentional, and not due to accident or mistake.

_____

Allen H. Orenberg
Attorney for Defendant


_____

Joseph Tolbert, III
Defendant


_____

Date